

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Shirley J. Jones

**DEFENDANTS**
UPS

**FILED** KC
DEC 21 2007
DEC 2 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(b) County of Residence of First Listed Plaintiff** Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)** 608-258-9588
Randall Gold, Fox & Fox, S.C.
124 W. Broadway, Monona, WI 53716

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

07CV7205
JUDGE KENDALL
MAGISTRATE JUDGE NOLAN

## IV. NATURE OF SUIT

☒ 442 Employment

## V. ORIGIN

☒ 1 Original Proceeding

## VI. CAUSE OF ACTION

Title VII of Civil Rights Act, as amended
Family & Medical Leave Act

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:

JURY DEMAND: ☒ Yes  ☐ No

## IX. This case ☒ is not a refiling of a previously dismissed action.

DATE: 12/21/07
SIGNATURE OF ATTORNEY OF RECORD: [signature]