AE

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Shirley Jones,
    Plaintiff,

vs.

UPS, a corporation, Defendant

Case Number:

**FILED**
KC
DEC 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**PLAINTIFF**

07CV7205
JUDGE KENDALL
MAGISTRATE JUDGE NOLAN

| Field | Value |
|---|---|
| NAME (Type or print) | Joshua N. Karmel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Joshua Karmel |
| FIRM | The Karmel Law Firm |
| STREET ADDRESS | 221 North LaSalle Street, Suite 1414 |
| CITY/STATE/ZIP | Chicago, IL 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6208369 |
| TELEPHONE NUMBER | |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☒

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☒

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐