UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice as* provided for by Local Rules 83.12 through 83.14.

In the Matter of

**SHIRLEY JONES**
v.
**UPS** [1]

Case

07 C 7205

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**UNITED PARCEL SERVICE, INC., Defendant**

| | |
|---|---|
| Name (Type or print) | |
| **John A. Klages** | |
| SIGNATURE | |
| /s/John A. Klages | |
| FIRM | |
| **Quarles & Brady LLP** | |
| STREET ADDRESS | |
| **500 West Madison Street, Suite 3700** | |
| CITY/STATE/ZIP | |
| **Chicago, IL  60661** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06196781 | (312)  715-5000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

---

[1] The correct name of Defendant is United Parcel Service, Inc.

QBACTIVE\920018.01128\6099682.1