UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice as* provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
| **SHIRLEY JONES** <br>    v. <br> **UPS** [1] | **07 C 7205** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**UNITED PARCEL SERVICE, INC., Defendant**

| NAME (Type or print) |
|---|
| **Meghan E. Riley** |
| SIGNATURE |
| **/s/ Meghan E. Riley** |
| FIRM |
| **Quarles & Brady LLP** |
| STREET ADDRESS |
| **500 West Madison Street, Suite 3700** |
| CITY/STATE/ZIP |
| **Chicago, IL  60661** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> **06288548** | TELEPHONE NUMBER <br> **312.715.5000** |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ❑ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ❑ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ❑ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ❑ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ❑     APPOINTED COUNSEL ❑

---

[1] The correct name of Defendant is United Parcel Service, Inc.

QBACTIVE\920018.01128\6099696.1