**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHIRLEY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-CV-7205 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| UPS [1], | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S LOCAL RULE 3.2**
**CORPORATE DISCLOSURE STATEMENT**

United Parcel Service, Inc. ("UPS") submits its Corporate Disclosure Statement pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois.

UPS states that its proper identity is United Parcel Service, Inc. and that it has no parent corporations. UPS further states that no publicly held company owns 5% or more of UPS stock.

Dated: February 20, 2008                UNITED PARCEL SERVICE, INC.


By:___/s/ *Ellen M. Girard*_____
       One of Its Attorneys

John A. Klages, ARDC #06196781
Ellen M. Girard, ARDC #06276507
Quarles & Brady LLP
500 West Madison St., Ste. 3700
Chicago, IL 60661
(312) 715-5000
Email: egirard@quarles.com

---

[1] The correct name of Defendant is United Parcel Service, Inc.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on February 20, 2008, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Randall Gold
Fox & Fox, S.C.
124 West Broadway
Monona, WI  53716

Joshua Karmel
The Karmel Law Firm
221 N. LaSalle St., Suite 1441
Chicago, IL  60603

/s/ *Ellen M. Girard*