## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Shirley Jones
                 Plaintiff,

v.
                                           Case No.: 1:07–cv–07205
                                           Honorable Virginia M. Kendall

UPS
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2008:

       MINUTE entry before Judge Virginia M. Kendall : Initial Status hearing held on 3/3/2008. The Court adopts the case schedule proposed by the parties. Fact Discovery ordered closed by 10/6/2008; Dispositive motions with supporting memoranda due 11/3/2008; responses due 11/3/2008; replies due 11/24/2008. Status hearing set for 7/14/2008 at 09:00 AM. Status hearing set to follow the close of fact discovery on 9/8/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.