UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Shirley Jones
             Plaintiff,

v.                                    Case No.: 1:07–cv–07205
                                        Honorable Virginia M. Kendall

UPS
             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 3, 2008:

       MINUTE entry before Judge Virginia M. Kendall : The deadlines set by minute order [14] are vacated and corrected as follows: Fact Discovery ordered closed 9/5/2008. Dispositive motions with supporting memoranda due 10/6/2008; responses due 11/3/2008; replies due by 11/24/2008. Parties to exchange the information required by Rule 26(a)(1) by 3/17/08. The Status hearings stand as previously scheduled. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.