IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | No: 07-CV-7205 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| UPS,[1] | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

### STIPULATION TO VOLUNTARY DISMISSAL BY PLAINTIFF

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Defendant United Parcel Service, Inc. and Plaintiff Shirley Jones hereby stipulate to the entry of an order granting Plaintiff a voluntary dismissal of her Complaint with prejudice and without the assessment of costs or attorneys' fees against either party.

Dated: 5/19/08

_/s/ Randall B. Gold_
Attorneys for Shirley Jones
Randall B. Gold
Fox & Fox, S.C.
124 W. Broadway
Monona, WI 53716

Joshua N. Karmel
Karmel & Gilden
221 N. LaSalle St., Suite 1414
Chicago, IL 60601

Dated: 5/22/08

_/s/ Ellen Girard_
Attorneys for UPS
John A. Klages
Ellen M. Girard
Quarles & Brady LLP
500 W. Madison St., Ste 3700
Chicago, IL 60661

---

[1] The correct name of Defendant is United Parcel Service, Inc.