## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Shirley Jones
      Plaintiff,

v.              Case No.: 1:07−cv−07205
              Honorable Virginia M. Kendall

UPS
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 23, 2008:

  MINUTE entry before the Honorable Virginia M. Kendall: The Court approves and enters the Stipulation to Voluntary Dismissal [16]. Pursuant to the Stipulation of Voluntary Dismissal filed with the Court, it is hereby ordered that this cause and the same is hereby dismissed with prejudice and without the assessment of attorneys' fees against either party. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.