IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY JONES, | ) |
| | ) No. 07-CV-7205 |
| Plaintiff, | ) |
| | ) Judge Virginia M. Kendall |
| vs. | ) |
| | ) Magistrate Judge Nan R. Nolan |
| UPS,[1] | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of Voluntary Dismissal by Plaintiff filed with the Court, it is hereby ordered that this cause and the same is hereby dismissed with prejudice and without the assessment of costs or attorneys' fees against either party. All further dates are stricken.

Dated: May 28, 2008

ENTER:

_____
Virginia M. Kendall
United States District Judge

---

[1] The correct name of Defendant is United Parcel Service, Inc.